UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-cv-769-APG-CWH |
| HIGH DESERT STATE PRISON et al., | ) **ORDER** |
| Defendants. | ) |

**I.   DISCUSSION**

On October 6, 2014, the Office of the Attorney General filed a status report informing the Court that the parties' court-appointed mediation is scheduled for October 17, 2014, which is after the 90-day stay. (ECF No. 10 at 2). The Court extends the stay until October 24, 2014, and directs the Office of the Attorney General to file an updated status report on or before that date.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the stay is extended until October 24, 2014.

IT IS FURTHER ORDERED that the Office of the Attorney General shall file an updated status report on or before October 24, 2014.

DATED: This 9th day of October, 2014.

_____
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28