UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER,<br>    Plaintiff,<br>v.<br>HIGH DESERT STATE PRISON et al.,<br>    Defendants. | Case No. 2:14-cv-769-APG-CWH<br><br>**Order** |

I.  **DISCUSSION**

On July 7, 2014, this Court issued a screening order and permitted Plaintiff's single claim for Equal Protection Clause violations to proceed against Defendants Warden of High Desert State Prison and High Desert State Prison ("HDSP"). (Dkt. #6 at 5-6). The parties were unable to settle during the 90-day stay and this Court issued an order for the Clerk of the Court to electronically serve the Office of the Attorney General of the State of Nevada. (Dkt. #15 at 2).

On October 29, 2014, Plaintiff filed a motion to supplement defendants and argument into the complaint. (Dkt. #16 at 1). Plaintiff's motion seeks to add NDOC Director Greg James Cox, HDSP Warden D.W. Nevens, HDSP Assistant Warden J. Nash, and HDSP Assistant Warden J. Howell to the complaint for denying Plaintiff equal opportunities to earn good/work time credits for early release because Plaintff was a "P-seg" inmate. (*Id.* at 2-3). Plaintiff also seeks to add argument involving a settlement agreement in *Williams v. Endel*, 3:08-cv-459-RCJ-VPC. (*Id.* at 4).

The Court grants Plaintiff's motion, in part, to supplement those four defendants into his original complaint. As such, Plaintiff's motion naming those four defendants is

now incorporated into Plaintiff's original complaint (Dkt. #7). Plaintiff's Equal Protection Clause claim shall now proceed against Defendants High Desert State Prison, Cox, Nevens, Nash, and Howell.

The Court denies Plaintiff's motion, in part, to add argument to his complaint regarding the settlement agreement in *Williams*. Plaintiff was not a party to that case. As such, the Court will take judicial notice of that case and will review documents filed in that case, if the Court finds that the *Williams* case is relevant to the issues at hand.

## II. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that the motion to supplement defendants and argument into the complaint (Dkt. #16) is granted in part and denied in part. The portion of the motion adding defendants is granted but the portion of the motion adding argument is denied.

**IT IS FURTHER ORDERED** that the portion of Plaintiff's motion adding Defendants Cox, Nevens, Nash, and Howell to Plaintiff's complaint is now incorporated into Plaintiff's original complaint (Dkt. #7).

**IT IS FURTHER ORDERED** that this Court's screening order (Dkt. #6) is now amended to state that "Count I, alleging Equal Protection Clause violations, shall proceed against Defendants High Desert State Prison, Cox, Nevens, Nash, and Howell." (*See* Dkt. #6 at 5-6).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically **SERVE** a copy of this order on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

DATED this 7 day of November, 2014.

_____
United States District Judge

- 2 -