# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>HIGH DESERT PRISON, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:14-cv-00769-APG-CWH<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion to Resend Scheduling Order (doc. # 23) and Motion to Impose Sanctions for Tampering (doc. # 24), both filed March 9, 2015.

　　　　Plaintiff asks the Court to send him another copy of the scheduling order issued on January 30, 2015 (doc. # 22) because Defendants purportedly tampered with his mail, such that a page was missing from the scheduling order he received. Plaintiff also asks the Court to sanction Defendants for the purported tampering.

　　　　This Court denies Plaintiff's requests. A review of the attachments to Plaintiff's motions reveals a 3-paged copy of this Court's January 30th scheduling order. See Doc. # 23 at 8-10; Doc. # 24 at 8-10. The attachments demonstrate that Plaintiff received a correct and complete copy of this Court's scheduling order without any missing pages. As it stands, it is unclear to this Court how Defendants possibly "tampered" with Plaintiff's mail in light of the evidence just discussed.

　　　　Accordingly, Plaintiff's Motion to Resend Scheduling Order (doc. # 23) and Motion to Impose Sanctions for Tampering (doc. # 24) are **denied**.

　　　　DATED: March 25, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**