# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BRANDYN GAYLER,

    Plaintiff,

v.

HIGH DESERT STATE PRISON, *et al.*,

    Defendants.

Case No. 2:14-cv-00769-APG-CWH

**ORDER FOR CLERK OF COURT TO SEAL DKT. #40 BECAUSE IT CONTAINS PERSONAL IDENTIFIERS**

    IT IS ORDERED that the clerk of court shall seal the plaintiff's motion for partial summary judgment (Dkt. #40) because it contains personal identifiers.

    DATED this 11th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE