# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BRANDYN GAYLER,

    Plaintiff,

v.

HIGH DESERT STATE PRISON, *et al.*,

    Defendants.

Case No. 2:14-cv-00769-APG-CWH

**ORDER DENYING MOTION FOR PRETRIAL CONFERENCE**

IT IS ORDERED that plaintiff's motion for a pretrial conference **(Dkt. #38) is DENIED** because there are pending summary judgment motions.

IT IS FURTHER ORDERED that the defendants' motion to strike **(Dkt. #51) is DENIED** as moot.

DATED this 11th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE