**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRANDYN GAYLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HIGH DESERT STATE PRISON, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-00769-APG-CWH<br><br>**ORDER EXTENDING BRIEFING SCHEDULE** |

　　　Plaintiff Brandyn Gayler is incarcerated at High Desert State Prison ("HDSP"). He brought this civil rights lawsuit against defendants HDSP, Nevada Department of Corrections ("NDOC") director James Cox, HDSP Warden D.W. Nevens, HDSP Assistant Warden J. Nash, and HDSP Assistant Warden J. Howell. ECF No. 6; ECF No. 19. I previously referred this matter to the Pilot Pro Bono Program. ECF No. 57. However, my order only recently was received by the Pilot Pro Bono Program. I therefore will extend the prior briefing schedule as follows: if pro bono counsel is appointed within 30 days from entry of this order, summary judgment motions are due 60 days after pro bono counsel is appointed. If pro bono counsel is not appointed within the next 30 days, then summary judgment motions are due July 22, 2016.

　　　IT IS THEREFORE ORDERED that the summary judgment deadlines set forth in my prior order (ECF No. 57) are VACATED.

　　　IT IS FURTHER ORDERED that if pro bono counsel is appointed within 30 days from entry of this order, summary judgment motions are due 60 days after pro bono counsel is appointed. If pro bono counsel is not appointed within the next 30 days, then summary judgment motions are due July 22, 2016

　　　DATED this 20th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE