Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff, Brandyn Gayler*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

BRANDYN GAYLER,

                    Plaintiff,

          vs.

HIGH DESERT STATE PRISON, et al.,

                    Defendants.

**Case. No.: 2:14-cv-00769-APG-CWH**

**STIPULATION AND PROPOSED ORDER**

        COME NOW, the parties, by and through their undersigned counsel of record, and hereby agree and stipulate to extend the time for Plaintiff Brandyn Gayler to file his Response to Defendants' Renewed Motion for Summary Judgment (Dckt. # 62), which is currently due on September 8, 2016, be extended to and including **October 13, 2016**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MCLETCHIE SHELL

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

1

1    This Stipulation for an extension of time is not sought for any improper purpose or

2  other purpose of delay, but in the interest of effectively representing Plaintiff's interests in

3  this matter. Specifically, counsel for Mr. Gayler will be out of the jurisdiction from August

4  31, 2016 through September 10, 2016. Thus additional time is necessary to permit counsel

5  to respond to Defendants' Motion for Summary Judgment. Plaintiff will file his Response as

6  soon as possible, no later than October 13, 2016.

7

8  DATED this 23rd day of August, 2016.          DATED this 23rd day of August, 2016.

9  OFFICE OF THE ATTORNEY GENERAL   MCLETCHIE SHELL LLC

10

11

12  */s/ D. Randall Gilmer*                         */s/ Margaret A. McLetchie*
    D. Randall Gilmer, NBN 14001                 Margaret A. McLetchie, NBN 10931

13  555 E. Washington                            Alina M. Shell, NBN 11711
    Suite 2600                                   701 East Bridger Ave., Suite 520

14  Las Vegas, NV 89101                          Las Vegas, NV 89101
    *Attorney for Defendants*                      *Attorneys for Plaintiff*

15

16

17                              **ORDER**

18        IT IS SO ORDERED.

19        Dated:  August 25, 2016.

20

21

22

23                                 _____
                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

MCLETCHIE SHELL

ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM