Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff, Brandyn Gayler*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER,<br><br>       Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>       Defendants. | Case. No.: 2:14-cv-00769-APG-CWH<br><br>**STIPULATION AND PROPOSED ORDER** |

COME NOW, the parties, by and through their undersigned counsel of record, and hereby agree and stipulate to extend the time for Plaintiff Brandyn Gayler to file his Response to Defendants' Renewed Motion for Summary Judgment (ECF No. 62), which is currently due on October 13, 2016 pursuant to Order granting Stipulation (ECF No. 70), be extended to and including **November 14, 2016**. Plaintiff Brandyn Gayler also intends to file his Motion for Summary Judgment by November 14, 2016, pursuant to Order granting Stipulation (ECF No. 68).

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. Counsel for Plaintiff has a scheduled attorney-client jail visit set for October 21, 2016 at Southern Desert Correctional Center to discuss his Response and Motion. Plaintiff will file his Response and Motion as soon as possible thereafter, no later than November 14,

2016.

DATED this 5th day of October, 2016.    DATED this 5th day of October, 2016.

OFFICE OF THE ATTORNEY GENERAL    MCLETCHIE SHELL LLC

*/s/ D. Randall Gilmer*                              */s/ Margaret A. McLetchie*
D. Randall Gilmer, NBN 14001C            Margaret A. McLetchie, NBN 10931
555 E. Washington Avenue                    Alina M. Shell, NBN 11711
Suite 2600                                              701 East Bridger Ave., Suite 520
Las Vegas, NV 89101                             Las Vegas, NV 89101
*Attorney for Defendants*                       *Attorneys for Plaintiff*

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated this  5th  day of   October   , 2016.

_____
U.S. DISTRICT COURT JUDGE

2