Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff, Brandyn Gayler*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDYN GAYLER,<br><br>Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | **Case. No.: 2:14-cv-00769-APG-CWH**<br><br>**STIPULATION AND ORDER** |

COME NOW, the parties, by and through their undersigned counsel of record, and hereby agree and stipulate to extend the time for Plaintiff Brandyn Gayler to file his Response to Defendants' Renewed Motion for Summary Judgment (ECF No. 62), which is currently due on November 14, 2016 pursuant to Order granting Stipulation (ECF No. 72), be extended to and including **November 21, 2016**. Plaintiff Brandyn Gayler also intends to file his Motion for Summary Judgment by November 21, 2016, pursuant to Order granting Stipulation (ECF No. 72).

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. Counsel for Plaintiff, Ms. Shell has her grandfather's funeral today and Ms. McLetchie will also be in attendance. Ms. McLetchie also has had an unexpected emergency dental issue arise.

1

It is also stipulated that Defendants may have an additional seven (7) days to reply to Plaintiff's response to the renewed motion for summary judgment, placing the new due date on **December 5, 2016.**

DATED this 14th day of November, 2016.    DATED this 14th day of November, 2016.

OFFICE OF THE ATTORNEY GENERAL    MCLETCHIE SHELL LLC

*/s/ D. Randall Gilmer*    */s/ Margaret A. McLetchie*
D. Randall Gilmer, NBN 14001C    Margaret A. McLetchie, NBN 10931
555 E. Washington Avenue    Alina M. Shell, NBN 11711
Suite 2600    701 East Bridger Ave., Suite 520
Las Vegas, NV 89101    Las Vegas, NV 89101
*Attorney for Defendants*    *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: November 15, 2016.

_____
U.S. DISTRICT COURT JUDGE

2