ADAM PAUL LAXALT
  Attorney General
D. RANDALL GILMER (Bar No. 14001C)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
drgilmer@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDYN GAYLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>　　　　　　Defendants. | Case No.  2:14-cv-00769-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXHIBITS (ECF No. 87) TO A DATE TO BE PROVIDED TO THE COURT IN THE REVISED SCHEDULING ORDER** |

COME NOW, the parties (Parties), by and through their undersigned counsel of record, and hereby agree and stipulate to extend the time for Defendants, James G. Cox, Jerry Howell, Jennifer Nash, and Dwight Neven,[1] to file their Response in Opposition to *Plaintiff's Motion to Strike Defendants' Exhibits*[2] (Motion to Strike), which is currently due to be filed on or before **January 6, 2017** until a date that will be included in the Parties' revised discovery plan and scheduling order for discovery, which will be filed on or before January 23, 2017 as ordered by this Court on December 23, 2016.[3]

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, the Stipulation has been agreed to by the Parties in the interest of judicial economy and in the interests of all Parties based on this Court's

---

[1] Defendant High Desert State Prison (HDSP) was dismissed pursuant to this Court's Order on March 18, 2016.  ECF No. 57 at 2:5, 3:22-23.

[2] ECF No. 87.

[3] ECF No. 88 at 2:3–5.

limited re-opening of discovery and order that the Parties provide the Court with a revised discovery plan and scheduling order for discovery on or before January 23, 2017.

The Parties have had preliminary meet and confer discussions relating to the Revised Scheduling Order, which will be timely filed by the Parties. In those conversations, the Parties have both acknowledged that there will be a need to supplement Plaintiff's *Response to Defendants' Renewed Motion for Summary Judgment*[4] and *Defendants' Reply to Plaintiff's Response to Defendants' Renewed Motion for Summary Judgment*.[5] Because of the overlap with the arguments expected to be made in those supplemental filings, the Parties believe that judicial economy and the interests of all Parties are more appropriately met if Defendants' Response to the pending Motion to Strike is filed on or near the same time as Defendants' supplemental reply brief that will be required following Plaintiff's supplemental response.

Accordingly, the Parties request that this Court permit Defendants to file their Response to the Motion to Strike on the same date as their supplemental reply brief. The due dates for both filings, as well as Plaintiff's supplemental response brief, will be explicitly listed in the Revised Scheduling Order that the Parties will file on or before January 23, 2017.

Respectfully submitted:

/s/ *D. Randall Gilmer*
D. RANDALL GILMER (Bar No. 14001C)
Senior Deputy Attorney General
Office of the Attorney General
State of Nevada
Attorneys for Defendants

Dated this 4th day of January, 2017

/s/ *Alina M. Shell*
Alina M. Shell, Bar No. 11711
Margaret A. McLetchie, Bar No. 10931
MCLETCHIE SHELL LLC
Attorneys for Plaintiff, Brandyn Gayler

Dated this 4th day of January, 2017

**SO ORDERED.**

Dated: January 4, 2017.

_____

_____
UNITED STATES DISTRICT JUDGE

---

[4] ECF No. 77.
[5] ECF No. 82.