Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff, Brandyn Gayler*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN GAYLER, | Case. No.: **2:14-cv-00769-APG-CWH** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT (ECF No. 110)** |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | **(First Request)** |

COME NOW, the parties, by and through their undersigned counsel of record, and hereby agree and stipulate to extend the time for Plaintiff Brandyn Gayler to file his Response to Defendants' Renewed Motion for Summary Judgment (ECF No. 110), which is currently due on August 21, 2017, be extended to and including **September 20, 2017**.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. This is the first request for an extension of time in this matter.

This stipulation is made because deadlines and work in other matters interfere with the preparation of the response in this matter. Specifically, on August 4, 2017, counsel for Plaintiff filed a third amended complaint in *Trost v. State of Nevada, et al.*, 3:14-cv-006611-MMD-WGC, and subsequently filed a corrected third amended complaint and errata on August 17, 2017. Counsel for Plaintiff also filed a response to an emergency motion for stay

MCLETCHIE SHELL
ATTORNEYS AT LAW
701 EAST BRIDGER AVE., SUITE 520
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

in *Clark County School District v. Las Vegas Review-Journal*, Nev. S. Ct. Case No. 73525 on August 4, 2017. Counsel also filed an answering brief in *The State of Nevada, et al. v. Jason Lewis Neary*, Nev. S. Ct. Case No. 72578 on August 11, 2017, and a reply brief in *Stephen Gerald Martin v. State of Nevada, et al.*, Nev. S. Ct. Case No. 71806 on August 14, 2017. In addition, counsel for Plaintiff conducted depositions in *Las Vegas Review-Journal v. Clark County School District*, Eighth Judicial District Court Case No. A-17-750151-W on August 17, 2017, and August 18, 2017. Counsel for Plaintiff also has a reply due on August 25, 2017 in *Does 1-17 v. Laxalt*, Nev. S. Ct. Case No. 70704, as well as deadlines in several other state court matters.

Plaintiff will file his Response to Defendants' Renewed Motion for Summary Judgment as soon as possible, no later than September 20, 2017.

DATED this 18th day of August, 2017.

OFFICE OF THE ATTORNEY GENERAL

/s/ D. Randall Gilmer
D. Randall Gilmer, NBN 14001
555 E. Washington Ave.
Suite 2600
Las Vegas, NV 89101
*Attorney for Defendants*

DATED this 18th day of August, 2017.

MCLETCHIE SHELL LLC

/s/ Alina M. Shell
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated: August 21, 2017.

_____
UNITED STATES DISTRICT JUDGE