Margaret A. McLetchie, Nevada Bar No. 10931
Alina M. Shell, Nevada Bar No. 11711
**MCLETCHIE SHELL LLC**
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff, Brandyn Gayler*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDYN GAYLER,<br><br>Plaintiff,<br>vs.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>Defendants. | **Case. No.: 2:14-cv-00769-APG-CWH**<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT (ECF No. 110)**<br><br>**(Second Request)** |

COME NOW, the parties, by and through their undersigned counsel of record, and hereby agree and stipulate to extend the time for Plaintiff Brandyn Gayler to file his Response to Defendants' Renewed Motion for Summary Judgment (ECF No. 110), which is currently due on September 20, 2017, be extended to and including **September 22, 2017**.

This Stipulation for an extension of time is not sought for any improper purpose or other purpose of delay, but in the interest of effectively representing Plaintiff's interests in this matter. This is the seond request for an extension of time in this matter.

This stipulation is made because deadlines and work in other matters interfere with the preparation of the response in this matter. Specifically, Margaret A. McLetchie will be in Idaho from September 18, 2017 through September 20, 2017 to participate in a mediation in *Trost v. State of Nevada, et al.*, 3:14-cv-006611-MMD-WGC, another matter in which Ms. McLetchie is pro bono counsel. In addition, Alina M. Shell has a misdemeanor trial in the

Eighth Judicial District Court for Clark County, scheduled for September 20, 2017. Hence, this brief extension of time is necessary to permit counsel sufficient time to represent Mr. Gayler's interests in responding to the Defendants' Renewed Motion for Summary Judgment.

Plaintiff will file his Response to Defendants' Renewed Motion for Summary Judgment as soon as possible, no later than September 22, 2017.

DATED this 18th day of September, 2017.  DATED this 18th day of September, 2017.

OFFICE OF THE ATTORNEY GENERAL  MCLETCHIE SHELL LLC

*/s/ D. Randall Gilmer*  */s/ Alina M. Shell*
D. Randall Gilmer, NBN 14001  Margaret A. McLetchie, NBN 10931
555 E. Washington Ave.  Alina M. Shell, NBN 11711
Suite 2600  701 East Bridger Ave., Suite 520
Las Vegas, NV 89101  Las Vegas, NV 89101
*Attorney for Defendants*  *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED.

Dated: September 19, 2017.

_____
UNITED STATES DISTRICT JUDGE

